ESTHER M. DEVINS, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CLEMENTINE VALDES, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,171.15, in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

W. WALLACE LYON and Others, Respondents, v. MARCK L. TOOKER and Others, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [168 Misc. 915.]

BETTY DAVIS, on Behalf of Herself Individually, and All Other Stockholders Similarly Situate of the COLUMBIA PICTURES CORPORATION, Respondent, and BENEDETTO LA PRESTI, on Behalf of Himself, etc., Intervenor, Respondent, v. JACK COHN and Others, Appellants, Impleaded with Others, Defendants.— Orders unanimously modified by granting the motions to dismiss the third, fourth and fifth causes of action upon the ground that they are barred by the Statute of Limitations, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellants, with leave to the defendants-appellants to answer within twenty days after service of a copy of the order, with notice of entry thereof. (See Potter v. Walker, 276 N. Y. 15.) Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

EMILE A. MARCHAL, Respondent, v. GEORGE A. ELLIS, JR., and Others, Defendants, Impleaded with GEORGE B. WAGSTAFF, WARREN H. SPURGE, THEODORE A. LAUER and RULOFF E. CUTTEN, Copartners Trading under the Firm Name and Style of E. F. HUTTON & Co., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

LAWRENCE TERRY, Respondent, v. WILLIAM M. WILLIAMS, Appellant.— Orders unanimously reversed, with twenty dollars costs and disbursements, and the motion for summary judgment denied, on the ground that there is a triable issue. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SYDNEY G. WILLCOX, Appellant, v. SIMON F. PEAVEY, JR., and ARTHUR K. PINCOURT, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO TRAPHAN, Appellant.— Judgment unanimously reversed, the information dismissed, the fine remitted and defendant's license ordered to be reinstated, upon the ground that the People did not establish the defendant's guilt beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JESSIE REE and JULIUS A. HALLGARTEN, Respondents, v. CENTRAL HANOVER BANK & TRUST COMPANY, Appellant.— Judgment and order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.